IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIRKLYNN J. FERRELL,**

    **Petitioner,**

v.                                                Case No. 4:22-cv-401-AW-ZCB

**SECRETARY, DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Kirklynn Ferrell initiated this § 2254 petition. The Secretary moved to dismiss, arguing that the petition was successive because this court already denied relief in an earlier case. The magistrate judge agrees and recommends dismissal.

I have considered the magistrate judge's report and recommendation, ECF No. 17, to which there has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The motion to dismiss (ECF No. 12) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed for lack of subject matter jurisdiction." The clerk will then close the file.

SO ORDERED on May 30, 2023.

                                                    s/ _Allen Winsor_
                                                    United States District Judge